131 A.3d 481

Vamsidhar VURIMINDI, Petitioner

v.

Honorable Judge Diana ANHALT and Honorable Shelia Woods–Skipper and Court of Common Pleas, Philadelphia, Respondents.

No. 156 EM 2015.

Supreme Court of Pennsylvania.

Feb. 5, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of February, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's PCRA petition within 90 days.

The Prothonotary is **DIRECTED** to strike the names of the jurists from the caption and serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.

Justice EAKIN did not participate in the consideration or decision of this matter.